der amended. Henry C. Henderson appointed referee. See 52 N. Y. Supp. 128.

CLAPP, Respondent, v. NICHOLS et al.. Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Hawley D. Clapp against Mary A. Nichols, impleaded with others. No opinion. Order settled. See 52 N. Y. Supp. 128.

CLOCKEY, Respondent, v. INTERNATIONAL RUBBER CLOTHING & GENERAL SUPPLY CO., Appellant. (Supreme Court, Appellate Term. June, 1898.) Action by Kate Clockey, as administratrix, etc., of John T. Clockey, deceased, against the International Rubber Clothing & General Supply Company. William Stuart, for appellant. Robinson, Biddle & Ward, for respondent. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1014.

COHEN v. CONSOLIDATED GAS CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Rachel Cohen against the Consolidated Gas Company of New York. No opinion. Motion granted, with $10 costs.

COHN et al., Appellants, v. COOPER, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Morris Cohn and Virgil H. Cohn against Martin P. Cooper, as president of Farmers' Club. No opinion. Judgment and order affirmed, with costs.

COLBY et al., Respondents, v. CITY OF COHOES, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by John S. Colby and others against the city of Cohoes. No opinion. Judgment and order affirmed, with costs.

CONNER, Appellant, v. CONNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Sarah S. Conner against Thomas B. Conner. No opinion. Motion to dismiss appeal granted, without costs.

CONSOLIDATED ELECTRIC STORAGE CO., Respondent, v. ATLANTIC TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Consolidated Electric Storage Company against the Atlantic Trust Company. J. L. Ward, for appellant. W. B. Hornblower, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 48 N. Y. Supp. 1083.

CONTINENTAL NAT. BANK, Respondent, v. TRADESMEN'S NAT. BANK, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Continental National Bank against the Tradesmen's National Bank. C. E. Rushmore, for appellant. G. W. Wickersham, for respondent. No opinion. Reargument ordered.

CONWAY, Appellant, v. CITY OF ROCHCHESTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion granted. See 52 N. Y. Supp. 1140.

CORNWELL et al., Respondents, v. CORNWELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Isabelle B. Cornwell and others, executors, etc., against George Cornwell and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

CRAWFORD, Appellant, v. WINSTON, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by John J. Crawford against Lillie Winston, impleaded. No opinion. Motion denied, upon payment of $10 costs; and, upon payment of $10 costs, leave granted to apply in court below to open default.

CROSBY, Respondent, v. SPAULDING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William H. Crosby against Thomas H. Spaulding. No opinion. Judgment affirmed, with costs.

CULLEN, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May Term, 1898.) Action by John Cullen against the mayor, aldermen, and commonalty of the city of New York.

PER CURIAM. This action grew out of the same occurrence as the case of Carroll v. Mayor, etc., 29 App. Div. 420, 51 N. Y. Supp. 620. It involves precisely the same facts, was tried at the same time, and the considerations which have been stated in the case of Carroll v. Mayor, etc., require an affirmance as in that case.

DE CAMP, Respondent, v. BULLARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William S. De Camp, individually and as trustee, etc., against Daniel A. Bullard and another. No opinion. Judgment affirmed, with costs. See 50 N. Y. Supp. 807.

DELANO, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Nathan Bijur, for appellant. Horace E. Deming, for respondent. No opinion. Order for separate trial at special term of issues raised by counterclaim and reply affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 130, 295.

DELANO, Appellant, v. RICE, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Horace E. Deming, for appellant. Nathan Bijur, for respondent. No opinion. Appeal from order

striking cause from calendar dismissed. See 48 N. Y. Supp. 130; 295.

DEMAREST et al., Appellants, v. COLER, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by, Walter B. Demarest and others against Bird S. Coler, comptroller. J. G. Quinn, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $50 costs and disbursements.

DE PUY, Respondent, v. KANN, Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by Esther De Puy against William L. Kann. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days the plaintiff stipulates to reduce recovery of damages to $750, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, with costs.

DEXTER SULPHITE PULP & PAPER CO. et al., Respondents, v. TAGGARTS PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the Dexter Sulphite Pulp & Paper Company and others against the Taggarts Paper Company. No opinion. Judgment affirmed, with costs.

DICKERSON, Respondent, v. PETTY, Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by William M. Dickerson against Amasa A. Petty. No opinion. Judgment and order affirmed, with costs.

DIEPENBROCK, Appellant, v. BORGIA, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Melchior B. Diepenbrock against Domenica Borgia. William Philppeau, for appellant. Charles D. Folsom, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DOLAN v. ROTHSCHILD. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Thomas Dolan against Justus Rothschild. No opinion. Motion denied.

DONNELLY, Respondent, v. McARDLE, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Michael Donnelly against Patrick J. McArdle. L. H. Bevans, for appellant. A. I. Elkus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 560, 50 N. Y. Supp. 1126.

DOORLEY v. O'GORMAN. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by Timothy Doorley against Mary O'Gorman. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 536, 1140.

DOUGLAS et al., Respondents, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by John F. Douglas and Willard H. Jones against Robert B. Carpenter. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 219.

DURANT, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Ghislani Durant against Lucy A. Hall. No opinion. Order affirmed, with $10 costs and disbursements.

EASTLAND, Plaintiff, v. CLARKE, Defendant. (Supreme Court, Appellate Division, Fourth Department. March Term, 1898.) For memorandum opinion, see 51 N. Y. Supp. 1140.

GREEN, J. (dissenting). It does not seem to me that the question of negligence of a co-employé is presented. The plaintiff and the butler were not engaged in a common enterprise or common employment. The butler did not assist or direct plaintiff in getting in the wood. The plaintiff was hired by defendant, and directed what to do, but she said she would send word by the butler as to where plaintiff should put the wood. This was all that was done by the butler. The defendant owed the duty to plaintiff of having a safe place in which to do the work. The plaintiff was hired for a temporary job. The butler was in the permanent employ of the defendant, and had nothing to do with getting the wood into the cellar. There is nothing to show that the butler left the opening uncovered. He may have done so or not. If he did, it was long before the employment of the plaintiff by defendant, and the latter was bound to know that the place in which plaintiff was to do the work was a safe and proper place. The case should have been submitted to the jury on all the questions.

FECHTMAN et al., Appellants, v. WATSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by L. Foreman Fechtman and others against Charles Watson, assignor, and James L. Hotchkiss, as assignee of Charles Watson, for the benefit of creditors. No opinion. Judgment affirmed, with costs, but without prejudice to the rights of the creditors to contest the amount due the preferred creditors upon the final accounting.

FELBEL v. KAHN. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Edward Felbel against German Kahn. No opinion. Motion denied, with $10 costs. See 51 N. Y. Supp. 435.

FLYNN, Respondent, v. FLYNN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Annie D. Flynn against Mary C. Flynn and others. No opinion. Order affirmed, with $10 costs and disbursements.

FOX et al., Plaintiffs, v. FEE et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Morton R. Fox and others against James